

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00333-CR**

**IN RE BRIAN L. RINEHART**

_____

**Original Proceeding**

_____

## MEMORANDUM OPINION

_____

Relator's petition for writ of mandamus is dismissed as moot. The trial court has already denied the application for writ of habeas corpus which is the relief Relator sought in this petition for writ of mandamus. Moreover, the trial court has also appointed counsel for his appeal of that denial. Relator has gotten everything he has sought to compel.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petition dismissed
Opinion delivered and filed October 2, 2019
Do not publish
[OT06]

